TENTATIVE RULING

ISSUED BY JUDGE MARGARET M. MANN

Debtor: CARLOS LOPEZ

Number: 22-00357-MM13

Hearing: 02:00 PM Tuesday, May 3, 2022

Motion: OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN FILED BY FEDERAL HOME LOAN MORTGAGE CORPORATION, AS TRUSTEE FOR THE BENEFIT OF THE SEASONED CREDIT RISK TRANSFER TRUST, SERIES 2018-4

**Continued to May 17, 2022 at 2:00 p.m. in Dept 1**.  Appearances are excused at the May 3, 2022 hearing. Status reports are due to be filed not later than May 10, 2022.