# UNITED STATES BANKRUPTCY COURT

# SOUTHERN DISTRICT OF CALIFORNIA

## Minute Order

### Hearing Information:

|  |  |
|---|---|
| **Debtor:** | CARLOS LOPEZ |
| **Case Number:** | 22-00357-MM13    **Chapter:** 13 |
| **Date / Time / Room:** | TUESDAY, MAY 03, 2022 02:00 PM   DEPARTMENT 1 |
| **Bankruptcy Judge:** | MARGARET M. MANN |
| **Courtroom Clerk:** | JOSIE RODRIGUEZ-OLIVAS |
| **Reporter / ECR:** | JENNIFER GIBSON |

### Matter:

OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN FILED BY FEDERAL HOME LOAN MORTGAGE CORPORATION, AS TRUSTEE FOR THE BENEFIT OF THE SEASONED CREDIT RISK TRANSFER TRUST, SERIES 2018-4

### Appearances:

APPEARANCES EXCUSED

### Disposition:

Tentative Ruling as issued is the Order of the Court.  Continued to 5/17/22 at 2:00 p.m. in Dept. 1.  Appearances excused at hearing held on 5/3/22.