CSD 1170 [2/01/20]
Name, Address, Telephone No. & I.D. No.

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re

Debtor.

BANKRUPTCY NO.

**NOTICE OF MODIFIED CHAPTER 13 PLAN
FILED BEFORE CONFIRMATION**

TO:

    Because Debtor(s) seek to modify their Chapter 13 Plan dated _____ in a manner that might adversely affect a party in interest, you are hereby notified that a confirmation hearing on Debtor(s) Modified Plan filed contemporaneously with this notice will be heard on _____, at ____.m., in Department No. ____, Room ____ of the Court. Any opposition or other response to the Modified Plan must be filed within 28 days and served upon the Debtor(s) and counsel, and the Chapter 13 Trustee, with a proof of service filed with the Clerk of the Court.

    **NOTE THAT THE CONTINUED HEARING ON CONFIRMATION OF THE MODIFIED PLAN DOES NOT SERVE TO ALSO RESCHEDULE ANY MOTION TO DISMISS ON CALENDAR AT THE SAME TIME. THAT HEARING CAN ONLY BE CONTINUED IN ACCORDANCE WITH THE COURT'S LOCAL RULES.**

DATED:

_____
[Attorney for] Debtor

**If modifying the Chapter 13 Plan <u>after</u> confirmation per § 1329, use Local Form CSD 1149.**

**If modifying the Chapter 13 Plan <u>before</u> confirmation and where no party in interest is adversely affected, use Local Form CSD 1331.**

CSD 1170

CSD 1170 (Page 2) [2/01/20]

CERTIFICATE OF SERVICE

I, the undersigned whose address appears below, certify:

That I am, and at all relevant times was, more than 18 years of age;

That on the _____ day of _____ , I served a true copy of the within NOTICE OF MODIFIED CHAPTER 13 PLAN FILED BEFORE CONFIRMATION on the following persons listed below by the mode of service shown below:

1. **To Be Served by the Court via Notice of Electronic Filing ("NEF")**:

Under controlling Local Bankruptcy Rules(s) ("LBR"), the document(s) listed above will be served by the court via NEF and hyperlink to the document. On _____ , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the e-mail address(es) indicated and/or as checked below:

☐ Attorney for Debtor:

☐ For ODD numbered Chapter 13 cases:  
THOMAS H. BILLINGSLEA, JR., TRUSTEE  
Billingslea@thb.coxatwork.com

☐ For EVEN numbered Chapter 13 cases:  
DAVID L. SKELTON, TRUSTEE  
admin@ch13.sdcoxmail.com  
dskelton13@ecf.epiqsystems.com

2. **Served by United States Mail**:

On _____ , I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case by placing accurate copies in a sealed envelope in the United States Mail via 1) first class, postage prepaid or 2) certified mail with receipt number, addressed as follows:

☐ Attorney for Debtor:

☐ Debtor:

CSD 1170

CSD 1170 (Page 3) [2/01/20]

3. **Served by Personal Delivery, Facsimile Transmission, Overnight Delivery, or Electronic Mail:**

Under Fed.R.Civ.P.5 and controlling LBR, on _____, I served the following parties by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission, by overnight delivery and/or electronic mail as follows:

☐ Attorney for Debtor:              ☐ Debtor:

I declare under penalty of perjury under the laws of the United States of America that the statements made in this proof of service are true and correct.

Executed on _____            _____
                (Date)                   (Typed Name and Signature)

                                      _____
                                              (Address)

                                      _____
                                        (City, State, ZIP Code)

CSD 1170